Order Filed on
**4/6/2006**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | _____ |
|---|---|---|---|
| | | Adv. No.: | _____ |
| | | Hearing Date: | _____ |
| v. | | Judge: | _____ |

## ORDER CLOSING ADVERSARY PROCEEDING

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 4/6/2006**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

This Court having noted the record discloses that this matter is concluded, it is

ORDERED that the within adversary proceeding is hereby closed for the following reason:

| | | |
|---|---|---|
| 01. | ❏ | Transfer to another district |
| 02. | ❏ | Dismissed for want of prosecution |
| 03. | ❏ | Dismissed, discontinued, settled or remanded |
| 04. | ❏ | Abstention |
| 05. | ❏ | Withdrawn by/referred to district judge |
| 06. | ❏ | Default judgment |
| 07. | ❏ | Consent |
| 08. | ❏ | Motion before trial |
| 09. | ❏ | Verdict |
| 10. | ❏ | Directed verdict (jury trial) |
| 11. | ❏ | Court trial - bench decision |
| 12. | ❏ | Other |

*Rev. 7/1/04; jml*

*Approved by Judge Judith H. Wizmur April 06, 2006*